**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 10 B 48254 |
| Diego M Rodriguez and Malfi Rodriguez, | ) HON. Cox |
| | ) CHAPTER 13 |
| DEBTOR. | ) |

**NOTICE OF MOTION**

TO:   Tom Vaughn, Chapter 13 Trustee, 200 S. Michigan, Suite 1300, Chicago, IL 60604;

Toni Dillon, Pierce & Associates, One North Dearborn, Suite 1300, Chicago, IL 60602, representing JPMorgan Chase Bank National Association;

See Attached Service List.

PLEASE TAKE NOTICE that on October 20, 2014 at 9:00 A.M., in courtroom 680 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the HONORABLE Cox or before any judge sitting in her place and stead, and shall then and there present the attached MOTION at which place and time you may appear if you see fit.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he sent the attached motion on September 29, 2014 to:

The Chapter 13 Trustee listed above via electronic notice;

Toni Dillon, Pierce & Associates, One North Dearborn, Suite 1300, Chicago, IL 60602, via regular U.S. Mail; and

To the attached service list via U.S. Mail with postage prepaid from the mail chute located at 20 S Clark Street, 28th Floor, Chicago, IL 60603.

   /s/ *Steve Miljus*
 Attorney for the Debtors

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 10-48254<br>Northern District of Illinois<br>Chicago<br>Mon Sep 29 15:25:56 CDT 2014 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712-1083 | Chase Home Finance LLC<br>10790 Rancho Bernardo Rd.<br>San Diego, CA 92127-5705 |
| ECMC<br>P.O. Box 75906<br>St. Paul, MN 55175-0906 | JPMorgan Chase Bank National Association<br>10790 Rancho Bernardo Rd.<br>San Diego, CA 92127-5705 | JPMorgan Chase Bank, N.A. successor by merge<br>Mail Code LA4-5555 - 700 Kansas Lane<br>Monroe, LA 71203 |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>TUCSON, AZ 85712-1083 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Acs/slm Trust<br>501 Bleecker Street<br>Utica, NY 13501-2401 | Acs/wells Fargo<br>501 Bleecker St<br>Utica, NY 13501-2401 | Capital One, N.A<br>c/o Bass and Associates,P.C.<br>3936 E Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 |
| Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | Chase<br>9451 Corbin Avenue<br>Northridge, CA 91324-1665 | Chase<br>N54 W 13600 Woodale Dr<br>Mennomonee, WI 53051-7026 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>Po Box 523<br>Madison, MS 39130-0523 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| Chase Home Finance LLC<br>c/o Pierce and Associates, PC<br>1 North Dearborn, Suite 1300<br>Chicago, IL 60602-4321 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Credit First<br>Po Box 818011<br>Cleveland, OH 44181-8011 |
| Credit First National Association<br>Po Box 818011<br>Cleveland, OH 44181-8011 | Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 | Dept of Education<br>Fed Loan Serv<br>Po Box 69184<br>Harrisburg, PA 17106-9184 |
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin<br>Po Box 6103<br>Carol Stream, IL 60197-6103 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 |
| HSBC Bank Nevada, N.A. (Menards)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | Hsbc Best Buy<br>Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197-5263 | Illinois Student Assistance Commission<br>1755 Lake Cook Rd<br>Deerfield IL 60015-5209 |

| | | |
|---|---|---|
| JP Morgan Chase Bank, NA<br>Student Loan-Private<br>PO Box 901065<br>Ft. Worth, TX 76101-2065 | JPMorgan Chase Bank, N.A.<br>Chase Records Center<br>Mail Code LA4-5555 - 700 Kansas Lane<br>Monroe, LA 71203 | Nelnet on behalf of the US Department of Edu<br>3015 South Parker Road Suite 400<br>Aurora CO 80014-2904 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Wells Fargo<br>c/o ACS<br>P.O. Box 22724<br>Long Beach, CA 90801-5724 | eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 | Brian R Zeft<br>Robert J. Semrad & Associates, LLC<br>20 S. Clark<br>28th Floor<br>Chicago, IL 60603-1811 |
| Diego M Rodriguez<br>1526 S. 61st Court<br>Cicero, IL 60804-1620 | Malfi Rodriguez<br>1526 S. 61st Court<br>Cicero, IL 60804-1620 | Patrick Semrad<br>Robert J. Semrad & Associates, LLC<br>20 S Clark St<br>Ste. 2800<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | (d)Citibank Usa<br>Attn.: Centralized  Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Sears Gold Mastercard<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Thd<br>POB 41067<br>Norfolk VA 23541 | Us Bank/na Nd<br>Attn: Bankruptcy Dept<br>Po Box 5229<br>Cincinnati, OH 45201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ECMC<br>PO Box 75906<br>St. Paul, MN 55175-0906 | (d)eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson,  AZ 85712-1083 | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     2<br>Total                  45 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 10 B 48254 |
| Diego M Rodriguez and Malfi Rodriguez, ) | HON. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO DETERMINE FINAL CURE AND PAYMENT RE RULE 3002.1

NOW COMES the Debtors, by and through Debtor's Counsel, Robert J. Semrad and Associates, and in support of Debtors' Motion to Determine Final Cure and Payment re Rule 3002.1, Debtors state to the court as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§ 1334 & 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on October 28, 2010.

3. On February 14, 2011, this Honorable Court entered an Order confirming Debtors' Chapter 13 Plan of reorganization.

4. Debtors' confirmed Chapter 13 Plan included mortgage arrears owed to JPMorgan Chase Bank, N.A in the amount of $385.00, at Section E 5(a).

5. On August 14, 2014, the Chapter 13 Trustee filed a Notice of Final Cure Mortgage Payment re: Rule 3002.1, at docket entry number 56.

6. On September 4, 2014, JPMorgan Chase Bank, N.A filed a Response to the Chapter 13 Trustee's Notice of Final Cure Payment Rule 3002.1. JPMorgan Chase Bank, N.A's response states that Debtors are not current with post-petition mortgage payments, and that the Debtors' loan is due for August 2012. Please see attached Exhibit A.

7. Debtors have provided their counsel with proof that the August 2014 mortgage payment to JPMorgan Chase Bank, N.A has been made.

8. Debtor contends that they are current with post-petition mortgage payments to JPMorgan Chase Bank, N.A.

9. To date, Debtors have completed all scheduled payments of the Chapter 13 Plan of reorganization, and the instant case is nearing completion.

10. The Response to the Chapter 13 Trustee's Notice of Final Cure Payment filed on September 4, 2014, by JPMorgan Chase Bank, N.A is incorrect.

WHEREFORE, the Debtor respectfully requests this Honorable Court enter the Order attached to this Motion, and grant such other and further relief and this court deems fair and just.

Respectfully Submitted,

___/s/ **Steve Miljus**___
Attorney for the Debtors

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603