UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 10-48254
Diego M Rodriguez and Malfi Rodriguez )
)  Chapter: 13
)
)  Honorable Jacqueline Cox
)
)
Debtor(s) )

## ORDER DETERMINING FINAL CURE AND PAYMENT RE RULE 3002.1

This cause coming to be heard on Motion of the Debtors, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto,

IT IS HEREBY ORDERED:

~~1. The Response to the Chapter 13 Trustee's Notice of Final Cure Payment, which was filed on September 4, 2014, by JPMorgan Chase Bank, N.A., is incorrect.~~ JC

~~2. Debtors have cured pre-petition mortgage arrears to JPMorgan Chase Bank, N.A.~~ JC

1. Debtors are current with post-petition mortgage payments to JPMorgan Chase Bank, N.A..

Enter:

Dated: 12-8-14

*Jacqueline P. Cox*
United States Bankruptcy Judge

**Prepared by:**
Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625

Rev: 20120501_bko